**United States District Court
Central District of California**

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 10, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Wilmer Guzman Salguero,

        Plaintiff,

v.

Kirstjen Nielsen, et al.,

        Respondents.

LACV 17-03883-VAP (JEMx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on January 8, 2018, IT IS ORDERED AND ADJUDGED that Petitioner's claims against Respondents are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 1/10/18

        Virginia A. Phillips
        United States District Judge